UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MICHIGAN, ex rel. STACY GOLDSHOLL, M.D., and STACY GOLDSHOLL, M.D., individually,<br><br>    Plaintiffs,<br><br>v.<br><br>COVENANT HEALTHCARE SYSTEM, a Domestic Nonprofit Corporation, COVENANT MEDICAL CENTER, a Domestic Nonprofit Corporation, and MARK ADAMS, M.D., an individual,<br><br>    Defendants.<br>_____/ | Civil Case No. 12-15422<br>HON. THOMAS L. LUDINGTON<br><br><br><br>**FILED UNDER SEAL** |

**UNITED STATES' AND THE STATE OF MICHIGAN'S
JOINT NOTICE OF PARTIAL INTERVENTION AS TO
DEFENDANT MARK ADAMS, M.D.**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the

Michigan Medicaid False Claims Act, M.C.L. 400.610a, the United States and

the State of Michigan notify the Court of their decision to intervene in part of

this action for settlement purposes and to decline to intervene in part of this action as to Defendant Mark Adams, M.D. ("Adams").[1]

The United States and the State of Michigan intervene as to the part of the action in which Relator alleges that Covenant Healthcare System and Covenant Medical Center (collectively, "Covenant") improperly billed Medicare and Medicaid for claims that were prohibited referrals under the Physician Self-Referral Law, 42 U.S.C. § 1395nn (commonly referred to as the "Stark Law"), related to Covenant's employment agreement with Adams from June 1, 2006 through December 14, 2009, and that such improper billing violated the False Claims Act and Michigan Medicaid False Claims Act. The United States and the State of Michigan decline to intervene as to all other allegations in the Relator's Amended Complaint concerning Adams.

---

[1] Adams is the sole remaining defendant in this matter; the other named defendants were previously dismissed.

Contemporaneously with this notice, and consistent with the terms of agreements to settle the above-captioned matter as to Adams, the United States and the State of Michigan, together with Relator, are also filing a joint stipulation for dismissal of the action and submitting a proposed order dismissing this action and providing for the lifting of the seal.

                                        Respectfully submitted,

                                        DAWN N. ISON
                                        United States Attorney

                                        *s/ Jonny Zajac*
                                        JONNY ZAJAC
                                        Assistant U.S. Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, Michigan 48226
                                        (313) 226-0230

Dated: March 28, 2023            jonny.zajac@usdoj.gov
                                        Illinois Bar No.: 6307383


                                        DANA NESSEL
                                        Michigan Attorney General

                                        *s/ Stacy M. Race*
                                        STACY M. RACE (P83281)
                                        Assistant Attorney General
                                        Health Care Fraud Division
                                        P.O. Box 30218
                                        Lansing, MI 48909

Dated: March 28, 2023            (517) 241-6500
                                        races@michigan.gov