UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STACY GOLDSHOLL ex rel.
UNITED STATES OF AMERICA and
STATE OF MICHIGAN

    Plaintiffs,        Case No. 1:12-cv-15422

v.                Honorable Thomas L. Ludington
                  United States District Judge

MARK S. ADAMS, M.D.,

    Defendant.
_____/

**ORDER DISMISSING CASE**

    The United States and the State of Michigan have partially intervened in this case to effectuate settlement agreements fully executed on February 27, 2023, and March 3, 2023, between Plaintiffs the United States and the State of Michigan, Defendant Mark Adams, M.D., and Relator Stacy Goldsholl. ECF No. 89.

    Plaintiffs and Relator have filed a Joint Stipulation for Dismissal in which, among other things, they agree that the terms of the Settlement Agreements are fair, adequate, and reasonable under the circumstances. ECF No. 90. To that end, Plaintiffs and Relator have stipulated to the entry of this Order.

    1.  All claims asserted by Relator in this case for the United States and the State of Michigan and against Adams for the "Covered Conduct" as defined in the Settlement Agreements are **DISMISSED WITH PREJUDICE**.

    2.  The remaining claims asserted by Relator in this case against Adams are **DISMISSED WITH PREJUDICE** as to Relator.

    3.  The remaining claims asserted by Relator in this case against Adams are

**DISMISSED WITHOUT PREJUDICE** as to the United States and the State of Michigan.

4. The Clerk of the Court is **DIRECTED** to unseal the following documents:

   a. The Relator's Complaint, ECF No. 1;
   b. The Relator's Amended Complaint, ECF No. 26;
   c. The Joint Notice of the United States and the State of Michigan of Their Election to Intervene in Part and to Decline to Intervene in Part as to Defendants Covenant Healthcare System and Covenant Medical Center, ECF No. 68;
   d. The Joint Stipulation for Dismissal by Relator, the United States, and the State of Michigan, as to Defendants Covenant Healthcare System and Covenant Medical Center, ECF No. 69;
   e. The Stipulated Order of Dismissal as to Defendants Covenant Healthcare System and Covenant Medical Center, ECF No. 72;
   f. The United States' and the State of Michigan's Joint Notice of Partial Intervention as to Defendant Mark Adams, M.D., ECF No. 89;
   g. The Joint Stipulation of Dismissal associated with this Order, ECF No. 90; and
   h. This Order granting the Joint Stipulation of Dismissal;

4. All other contents of this Court's file in this case shall remain **SEALED** and may not be made public, including but not limited to any application filed by the United States for an extension of the 60-day investigative period and any supporting papers, because such papers were provided by law to only this Court for the sole purposes of discussing the content and extent of the United States and Michigan's investigation and evaluating whether the seal and time for making an election to intervene should be extended.

5. All parties shall bear their own fees, costs, and expenses.

6. The seal is lifted as to all matters occurring in this case after the entry of this Order.

It is so **ORDERED**.

**This is a final order and closes the above-captioned case**.

Dated: March 29, 2023                             s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge